9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

v.

D-1 FRANK BROWN,
D-2 CECIL WILSON,
D-3 HARVEY LOVE, and
D-4 WILLIAM ROSS III,

Defendants.
_______________________________/

Case: 2:26-cr-20432
Assigned To : Berg, Terrence G.
Referral Judge: Grand, David R.
Assign. Date : 7/9/2026
Description: INDI USA V. SEALED MATTER (NA)

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)

# Indictment

The Grand Jury charges that:

## Count One
## Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
## 21 U.S.C. §§ 846 & 841(a)(1)

D-1 FRANK BROWN
D-2 CECIL WILSON
D-3 HARVEY LOVE
D-4 WILLIAM ROSS III

From in or around June 2024, through on or about November 25, 2025, in the Eastern District of Michigan, and elsewhere, the defendants, FRANK BROWN, CECIL WILSON, HARVEY LOVE, and WILLIAM ROSS III, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to distribute

and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, FRANK BROWN, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii), and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

With respect to the defendant, CECIL WILSON, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

With respect to the defendant, HARVEY LOVE, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 500 grams

more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

With respect to the defendant, WILLIAM ROSS III, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

## Count Two
## Possession of Fentanyl with Intent to Distribute
## 21 U.S.C. § 841(a)(1)

D-1 FRANK BROWN
D-4 WILLIAM ROSS III

On or about January 10, 2025, in the Eastern District of Michigan, the defendant, FRANK BROWN and WILLIAM ROSS III, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

**Count Three**
**Possession of Cocaine with Intent to Distribute**
**21 U.S.C. § 841(a)(1)**

D-2 CECIL WILSON
D-3 HARVEY LOVE

From in or around March 2025 through on or about November 25, 2025, in the Eastern District of Michigan, the defendants, CECIL WILSON and HARVEY LOVE, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii).

**Count Four**
**Possession of a Firearm in Furtherance of a Drug-Trafficking Crime**
**18 U.S.C. § 924(c)(1)(A)**

D-3 HARVEY LOVE

On or about November 11, 2025, in the Eastern District of Michigan, the defendant, HARVEY LOVE, knowingly possessed a firearm in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute and possession of cocaine with intent to distribute, as charged in Counts One and Three of this Indictment; in violation of Title 18, United States Code, Section

924(c)(1)(A).

**<u>Count Five</u>**
**Felon in Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about November 11, 2025, in the Eastern District of Michigan, the defendant, HARVEY LOVE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is, one (1) Taurus, 9mm caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**<u>PRIOR CONVICTION ALLEGATIONS</u>**
**<u>21 U.S.C. §§ 841, 851</u>**

D-1 FRANK BROWN
D-4 WILLIAM ROSS III

Pursuant to the enhanced penalties under Title 21, United States Code, Sections 841, 846, and 851, the grand jury alleges the following:

1. As it relates to Counts One and Two of this Indictment, the defendant, FRANK BROWN, (1) has a prior serious drug felony conviction; (2) served a term of imprisonment of more than 12 months for that conviction; and (3) was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

2. As it relates to Counts One and Two of this Indictment, the defendant, WILLIAM ROSS III, (1) has a prior serious drug felony conviction; (2) served a term of imprisonment of more than 12 months for that conviction; and (3) was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

## **Forfeiture Allegations**

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Under Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count Five of this Indictment, the defendant shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of the offenses, including, but not limited to the following firearms and ammunition:

- One (1) Taurus, Model PT111, 9mm caliber pistol, serial number TKY17851;

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, set forth in Count

One through Three of this Indictment, the defendant(s) shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the firearms and ammunition identified above.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Caitlin Casey
Caitlin Casey
Assistant United States Attorney

Dated: July 9, 2026

Case: 2:26-cr-20432
Assigned To : Berg, Terrence G.
Referral Judge: Grand, David R.
Assign. Date : 7/9/2026
Description: INDI USA V. SEALED MATTER (NA)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete ...y in all respects.

| Companion Case Information | Companion Case Number: 26-cr-20202 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Judge Susan DeClercq |
| ☒ Yes ☐ No | AUSA's Initials: s/CC |

**Case Title:** USA v. Frank Brown et al.

**County where offense occurred :** Jackson County

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

__✓__Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 9, 2026
Date

s/ Caitlin B. Casey

Caitlin B. Casey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9100
E-Mail address: caitlin.casey@usdoj.gov
Attorney Bar #: IL6312495

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.